# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Case: 1:24-cr-00386 |
| | : Assigned To : Judge Amy Berman Jackson |
| | : Assign. Date : 8/22/2024 |
| V. | : Description: Indictment (B) |
| | : **Filed Under Seal** |
| **THOMASZ SZABO,** | |
| a/k/a "Plank," "Jonah," and "Cypher", | |
| | |
| **NEMANJA RADOVANOVIC,** | |
| a/k/a "XBD31," "Thuggin," and "XDR" | |
| | |
| **Defendants.** | |

## ORDER TO SEAL

Having considered the Government's Motion to Seal the Indictment, Arrest Warrant, and related paperwork ("Motion to Seal"), and for good cause stated therein, the Court makes the following findings:

1. Sealing the Indictment, Arrest Warrant, the Motion to Seal, and this Order in the above-captioned matter will further the legitimate prosecutorial interest in obtaining custody of the defendants.

2. The public docketing at this time of the Indictment, the Arrest Warrant, the Motion to Seal, and this Order, could also cause defendants and their coconspirators to flee and destroy evidence.

3. Accordingly, these facts present a legitimate basis for sealing the Indictment, the Arrest Warrant, the Motion to Seal, and this Order to Seal.

Based on the foregoing findings of fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, pursuant to Federal Rule of Criminal Procedure 6(e)(4), the Indictment, the Arrest Warrant, the Motion to Seal, and this Order to Seal shall be sealed by the Clerk of the Court.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Indictment, Arrest Warrant, and this Order to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel one or both defendants, and (2) the court, court officials, and defense counsel in this district or any other appropriate district or foreign jurisdiction as necessary to conduct any court proceedings in that district or foreign jurisdiction.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the government shall be permitted to make notice to victims of the fact that one or more defendants have been charged and taken into custody, provided that such notice shall not disclose the identity of the defendants or the specific offenses charged in the Indictment.

It is FURTHER ORDERED that the Indictment and this Order to Seal, along with the Redacted Complaint and Affidavit in Support in the related magistrate court matter 24-mj-225, shall be automatically unsealed upon the Government's written notification to the Court that circumstances no longer necessitate the sealing of these materials.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment, Arrest Warrant, the Motion to Seal, and this Order to Seal until the Government's written notification described above is filed.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment, Arrest Warrant, and the instant Motion to Seal and Order, upon request.

Date: 8/22/2024

                                                G. MICHAEL HARVEY
                                                UNITED STATES MAGISTRATE JUDGE