UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 24-cr-386 |
| | : |
| THOMASZ SZABO, | : |
| a/k/a "Plank," "Jonah," and "Cypher" | : |
| | : |
| NEMANJA RADOVANOVIC, | : |
| a/k/a "XBD31," "Thuggin," and "XDR" | : |
| | : |
| Defendants. | : |
| | : |

**NOTICE OF APPEARANCE OF COUNSEL**

Conor Mulroe, Assistant United States Attorney for the District of Columbia, hereby gives notice of his appearance as counsel for the United States of America.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Conor Mulroe*
Conor Mulroe
Assistant U.S. Attorney
NY Bar Number 5289640
United States Attorney's Office
601 D Street, NW, 5th Floor
Washington, D.C. 20530
(202) 740-4595
Conor.Mulroe@usdoj.gov

Dated: August 27, 2024