UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Criminal No. 24-cr-386 |
| : | |
| **THOMASZ SZABO,** : | |
| a/k/a "Plank," "Jonah," and "Cypher" : | |
| : | |
| **NEMANJA RADOVANOVIC,** : | |
| a/k/a "XBD31," "Thuggin," and "XDR" : | |
| : | |
| **Defendants.** : | |
| : | |

## NOTICE OF UNSEALING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby files this Notice of Unsealing in the above captioned case. In support, the government states as follows:

1. On August 22, 2024, a grand jury in this district returned an indictment in the above-captioned case. On the government's motion, that indictment was sealed to "further the legitimate prosecutorial interest in obtaining custody of the defendants" and to prevent the defendants and co-conspirators from "flee[ing] and destroy[ing] evidence."

2. The sealing order provided that "the Indictment and this Order to Seal, along with the Redacted Complaint and Affidavit in Support in the related magistrate court matter 24-mj-225, shall be automatically unsealed upon the Government's written notification to the Court that circumstances no longer necessitate the sealing of these materials."

3. By this notice, the government informs the Court that circumstances no longer necessitate the sealing of these materials. Accordingly, the government files this Notice and requests that the case be unsealed and placed on the public docket.

4.      Pursuant to the Sealing Order and this Notice, the government respectfully requests that the clerk's office unseal the following materials and make them available on the Court's Public Access to Court Electronic Records (PACER) system:

    a. The indictment in the above-captioned case;

    b. The motion to seal in the above-captioned case;

    c. The arrest warrants in the above-captioned case;

    d. The complaint in the related magistrate-court case, no. 24-mj-225;

    e. The affidavit in support of the complaint in the related magistrate-court case, no. 24-mj-225; and

    f. This filing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Conor Mulroe*
Conor Mulroe
Assistant U.S. Attorney
NY Bar Number 5289640
United States Attorney's Office
601 D Street, NW, 5th Floor
Washington, D.C. 20530
(202) 740-4595
Conor.Mulroe@usdoj.gov

Dated: August 27, 2024